FILED by _____ YH _____ D.C.

Apr 26, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**19-20238-CR-WILLIAMS/TORRES**

CASE NO. _____

**8 U.S.C. § 1326(a)**

UNITED STATES OF AMERICA

vs.

CARLOS ENRIQUE CASTELLANOS ROBLES,

      Defendant.

_____ /

## INFORMATION

The United States Attorney charges that:

On or about April 19, 2019, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CARLOS ENRIQUE CASTELLANOS ROBLES,**

an alien, having previously been removed and deported from the United States on or about April 14, 1989, entered and attempted to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

_____ For

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____

JASON A. REDING
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

vs.

CARLOS ENRIQUE CASTELLANOS ROBLES,

**Defendant.**

_____/

**CASE NO.** _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division**: (Select One)

|  |  |
|---|---|
| New Defendant(s) | Yes ____ No ____ |
| Number of New Defendants | ____ |
| Total number of counts | ____ |

__x__ Miami ____ Key West
____ FTL ____ WPB ____ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:      (Yes or No)      Yes
    List language and/or dialect      Spanish

4.  This case will take      0      day for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)

    | | | | |
    |---|---|---|---|
    | I | 0  to  5 days | __x__ | |
    | II | 6  to 10 days | ____ | |
    | III | 11 to 20 days | ____ | |
    | IV | 21 to 60 days | ____ | |
    | V | 61 days and over | ____ | |

    (Check only one)

    | | |
    |---|---|
    | Petty | ____ |
    | Minor | ____ |
    | Misdem. | ____ |
    | Felony | __x__ |

6.  Has this case been previously filed in this District Court?   (Yes or No)   No
    If yes:
    Judge: _____      Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?      (Yes or No)   Yes
    If yes:
    Magistrate Case No.      19-mj-02613-AOR
    Related Miscellaneous numbers:      _____
    Defendant(s) in federal custody as of      04/19/19
    Defendant(s) in state custody as of      _____
    Rule 20 from the _____      District of _____

    Is this a potential death penalty case? (Yes or No)      No

7.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?      Yes   __X__ No

8.  Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?      Yes   __X__ No

JASON A. REDING
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 56876

\*Penalty Sheet(s) attached

REV   8 /13/2018

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   CARLOS ENRIQUE CASTELLANOS ROBLES

**Case No:**

Count #:1

Illegal Reentry After Removal

Title 8, United States Code, Section 1326(a)

**\*Max. Penalty**: 2 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| CARLOS ENRIQUE CASTELLANOS ROBLES, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.


Date: _____

_____
*Defendant's signature*


_____
*Signature of defendant's attorney*

**SARA KANE**
*Printed name of defendant's attorney*


_____
*Judge's signature*

**LAUREN F. LOUIS, U.S. MAGISTRATE JUDGE**
*Judge's printed name and title*